[No. 13380-6-II. Division Two. March 8, 1991.]

*In the Matter of the Estate of*
ANTHONY F. ZABORNY.

Appeal from a judgment of the Superior Court for Clallam County, No. 86-4-00132-8, Grant S. Meiner, J., entered November 1, 1989. *Reversed* by unpublished opinion per Petrich, A.C.J., concurred in by Alexander and Morgan, JJ.

[No. 12860-8-II. Division Two. March 8, 1991.]

*In the Matter of the Forfeiture of*
ONE 1970 PLYMOUTH BARRACUDA.

Appeal from a judgment of the Superior Court for Lewis County, No. 88-2-00656-1, David R. Draper, J., entered April 21, 1989. *Reversed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., Morgan, J., dissenting.

[No. 24135-4-I. Division One. March 11, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. WILFORD CORPUZ CONSTANTINO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-8-05120-0, Anthony P. Wartnik, J., entered May 11, 1989. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Coleman, J., and Winsor, J. Pro Tem.